In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00333-CV**
_____

**IN RE MARIA MIRELES-POULAT**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 19-07-09268-CV**

**ORDER**

Maria Mireles-Poulat, Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is a defendant in Trial Cause Number 19-07-09268-CV, *AXA Seguros, S.A. de C.V. Maria Luisa Mireles-Poulat, et al.* Relator seeks a writ compelling the Honorable Vincenzo J. Santini, Judge of the 457th District Court of Montgomery County, Texas, to vacate two September 27, 2021 orders compelling Relator to respond to discovery requests. *See* Tex. Gov't Code Ann. § 22.221.

1

Relator requests that enforcement proceedings in the trial court be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the hearing on the Application for Show Cause Order and Motion for Contempt and Sanctions, and further enforcement of the trial court's discovery orders of September 27, 2021, in Trial Cause Number 19-07-09268-CV are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED February 1, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.